No. D–308.   IN RE DISBARMENT OF ODENDAHL.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1140.]

No. D–313.   IN RE DISBARMENT OF GRIMES.   Disbarment entered.   [For earlier order herein, see 459 U. S. 1141.]

No. D–322.   IN RE DISBARMENT OF MINN.   Howard W. Minn, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.   The rule to show cause, heretofore issued on February 28, 1983 [460 U. S. 1009], is hereby discharged.

No. D–333.   IN RE DISBARMENT OF BAXTER.   It is ordered that Herbert Russell Baxter, of Mentor, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–334.   IN RE DISBARMENT OF AGLOW.   It is ordered that Lawrence M. Aglow, of West Chester, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–335.   IN RE DISBARMENT OF HUBER.   It is ordered that Donald G. Huber, of Okemos, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.